# IN THE UNITED STATE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| TINA MARIE OVERHOLTS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No._____ |
| | : | |
| PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., SHERIFF KEVIN R. SPROUL, DOUGHERTY COUNTY, JOHN DOE, ABC CORPORATION, and XYZ ENTITY, | : | |
| | : | |
| Defendants. | : | |

## **NOTICE OF REMOVAL**

Please take notice that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, the above-captioned action is removed by Defendants Sheriff Kevin R. Sproul and Dougherty County—with the express consent of Defendant Phoebe Putney Memorial Hospital, Inc.—from the Superior Court of Dougherty County to the United States District Court for the Middle District of Georgia, Albany Division, by filing of this Notice of Removal with the clerk of the United States District Court for the Middle District of Georgia.

Defendants respectfully state the following grounds for removal of this action:

1. The case of <u>Tina Marie Overholts v. Phoebe Putney Memorial Hospital, Inc., Sheriff Kevin R. Sproul, Dougherty County, John Doe, ABC Corporation, and XYZ Entity</u>, Civil Action No. SUCV2021001302, was filed and is presently pending in the Superior Court of Dougherty County, Georgia.

2. Plaintiff asserts an Eighth Amendment claim and a Fourteenth Amendment claim pursuant to 42 U.S.C. § 1983.

3. This Court has jurisdiction in this matter on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(a).

4. This Notice of Removal has been timely filed within thirty (30) days of initial receipt of the Complaint by Defendants Sheriff Kevin R. Sproul and Dougherty County (defined as date of service by federal law) and is, therefore, timely pursuant to 28 U.S.C. § 1446(b)(3).

5. Venue properly rests in the Macon Division of the United States District Court for the Middle District of Georgia because this case is being removed from the Superior Court of Dougherty County, Georgia.

6. True and correct copies of all process, pleadings, and orders served in this action are attached hereto as Exhibit "A," as required by 28 U.S.C. § 1446(a).

7. All defendants consent to the removal of this action to the Albany Division of the United States District Court for the Middle District of Georgia.

Wherefore, Defendants remove this action from the Superior Court of Dougherty County, Georgia, to this Court and pray that this Court takes jurisdiction of this civil action to the exclusion of any further proceedings in the Superior Court of Dougherty County.

This 26th day of January, 2022.

/s/Frances L. Clay
Frances L. Clay
Georgia Bar No. 129613
E-mail: fclay@chrkglaw.com

/s/L. Taylor Bittick
L. Taylor Bittick
Georgia Bar No. 686214
Email: tbittick@chrkglaw.com
**Attorneys for Defendants Sproul and Dougherty County**

Chambless, Higdon, Richardson,
 Katz & Griggs, LLP
P.O. Box 18086
Macon, GA 31209-8086
Fax:    478/746-9479
Phone:  478/745-1181

## CERTIFICATE OF SERVICE

I certify that I have this day served counsel of record with a copy of the foregoing document by depositing a true and correct copy of same in the United States mail, postage prepaid, for delivery to the following address:

Joseph C. Cargile
809 S. Broad Street
Thomasville, Georgia 31792
jcargile@wbwk.com
Counsel for Plaintiff

J. Brown Moseley
Kathryn Dunnam Harden
Post Office Box 72066
Albany, Georgia 31708
Counsel for Defendant Phoebe Putney Memorial Hospital, Inc.

This 26th day of January, 2022.

*/s/Frances L. Clay*
**Frances L. Clay**